UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JESUS BAEZ, | ) | CASE NO. 4:05 CV 2838 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| MARK A. BEZY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 42 U.S.C. § 1997e. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

<u>S/Peter C. Economus - 2/9/06</u>
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE